

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAKE WORKSHOP, INC.

               Plaintiff,      12-cv-4775

    v.                                 Hon. P. Kevin Castel

MAKE HOLDING, LLC and MAKE MEANING,
INC.,                                 **STIPULATION**

               Defendants.

-----------------------------------------------------------x

       IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned attorneys for the parties set forth below, that the time for defendants Make Holding, LLC and Make Meaning, Inc. to answer or otherwise respond to the complaint is extended to and including October 15, 2012.

Dated: October __, 2012

By: _____
    Mark Lerner (ML-4858)
    SATTERLEE STEPHENS BURKE
    & BURKE LLP
    230 Park Avenue
    New York, New York 10169
    Telephone: (212) 818-9200
    Facsimile: (212) 818-9606

    WILSON SONSINI GOODRICH &
    ROSATI
    John L. Slafsky (Of Counsel)
    650 Page Mill Road
    Palo Alto, CA 94304
    Telephone: (650) 320-4574
    Facsimile: (650) 493-6811

*Attorneys for Defendants Make Holding,
LLC and Make Meaning, Inc.*

Dated: October 5, 2012

By: _____
    Lisa Pearson (LP-4916)
    John C. Knapp (JK-4210)
    KILPATRICK TOWNSEND &
    STOCKTON LLP
    The Grace Building
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 775-8700
    (212) 775-8800

*Attorneys for Plaintiff Make Workshop, Inc.*

SO ORDERED:

_____
P. Kevin Castel, U.S.D.J.

10-9-12

1516268_1