UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKE WORKSHOP, INC.

                  Plaintiff,

-v-

MAKE HOLDING, LLC and MAKE MEANING, INC.

                  Defendant.

Case No. 12-cv-4775

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MAKE HOLDING, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

Date: 10/15/12

Signature of Attorney

Attorney Bar Code: ML-4958

Form Rule7_1.pdf SDNY Web 10/2007