AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 1:12-cv-04775-PKC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants MAKE MEANING, INC. and MAKE HOLDING, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/15/2012 | *(signature)* |
| Date | Signature |
| | John L. Slafsky — 2594232 |
| | Print Name — Bar Number |
| | 650 Page Mill Road |
| | Address |
| | Palo Alto — CA — 94304-1050 |
| | City — State — Zip Code |
| | (650) 493-9300 — (650) 493-6811 |
| | Phone Number — Fax Number |